UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETSY FEIST, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>Defendants. | Civil Action No. 11-CV-5436 (JGK)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the time for defendant RCN Corporation ("RCN") to answer, move or otherwise respond to the class action complaint and jury demand filed by plaintiff is hereby extended to and including **October 5, 2011**, provided that RCN shall not assert defenses based on insufficient process or insufficient service of process.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/29/11

Dated: New York, New York.
August 22, 2011

| REESE RICHMAN LLP | BINGHAM MCCUTCHEN LLP |
|---|---|
| By: /s/ Michael E. Reese /acu<br>Michael E. Reese<br>mreese@reeserichman.com<br>Kim Richmann<br>krichman@reeserichman.com<br>875 Avenue of the Americas 18th Floor<br>New York, NY 10022<br>(212) 253-4272 | By: /s/ Peter C. Neger /acu<br>Peter C. Neger<br>peter.neger@bingham.com<br>Derek Care<br>derek.care@bingham.com<br>399 Park Avenue<br>New York, NY 10022-4689<br>212.705.7000 |
| -and- | *Attorneys for RCN Corporation* |

MILBERG LLP
Sanford P. Dumain
sdumain@milberg.com
Peter E. Seidman
pseidman@milberg.com
Melissa Ryan Clark
mclark@milberg.com
Charles Slidders
cslidders@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
(212) 594-5300

*Attorneys for Plaintiff Betsy Feist*

SO ORDERED this 28 day of August, 2011.

_____
Hon. John G. Koeltl
United States District Court Judge