UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BETSY FEIST,

                      Plaintiff(s),

    -against-

RCN CORPORATION, et al.,
                      Defendant(s),
------------------------------------------------------------X

11 civ 5436 (JGK)

**ORDER**

    A motion to strike was filed on August 31, 2011.

    The plaintiff shall serve and file papers in response to the motion by **September 23, 2011.**

    The defendant shall serve and file any reply papers by **October 7, 2011.**

    The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                                JOHN G. KOELTL
                                     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 3, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _9-6-11_