UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETSY FEIST, individually, and on behalf of all others similarly situated,

            Plaintiff,

- against -

RCN CORPORATION and PAXFIRE, INC.,

            Defendants.

11 Civ. 5436 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at today's conference, defendant Paxfire's motion to amend its counterclaims is **granted**. Defendant Paxfire may file amended counterclaims by **February 13, 2012**, and the plaintiff may move or answer by **February 27, 2012**. The plaintiff's motion to dismiss defendant Paxfire's counterclaims is **denied without prejudice** as moot. The plaintiff's motion for Rule 11 sanctions is **denied without prejudice**. Defendant Paxfire has withdrawn its motion to strike paragraphs 25 to 27 of the plaintiff's complaint. The Clerk is directed to close Docket Nos. 7, 12, 23 and 24.

SO ORDERED.

Dated:   New York, New York
           January 31, 2012

                                          John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/2/12