
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/16/12

# ANDREW GROSSO & ASSOCIATES

**ANDREW GROSSO**
Admitted in
New York, Florida, District of Columbia

WWW.GROSSOLAW.COM

GEORGETOWN PLACE
1101 THIRTIETH STREET, NW, SUITE 300
WASHINGTON, D.C. 20007
TEL: (202) 298-6500 • FAX: (202) 298-5599

**RICHARD AMADA**
OF COUNSEL

Admitted in
Maryland, Virginia, District of Columbia

August 13, 2012

*[Handwritten: Hearing adjourned until Tuesday, September 18, 10:30 am. So Ordered. /s/ J. Nutt, PART C  8/16/12]*

**VIA FACSIMILE**

Honorable John G. Koetl
United States District Court
Courtroom 12B
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1213
Facsimile: (212) 805-7912

*[Stamp: RECEIVED AUG 13 2012 CHAMBERS OF JOHN G KOELTL U.S.D.J.]*

Re: Feist v. RCN Corp., No. 11-Civ-5436

Dear Judge Koetl:

On behalf of Paxfire, Inc., the Defendant and Counterclaim Plaintiff in the above litigation, I write to seek a continuance of the hearing now set for August 31, 2012 in this matter as to any portion of the hearing that may pertain to the motion to dismiss filed by Plaintiff and Counterclaim Defendant Betsy Feist (Doc. No. 47).[1] The hearing was set for this date by order issued on Friday, August 10, 2012.

As counsel for Paxfire I will argue all pending dispositive motions. I will be out of the country from August 27th to September 8th.

I have discussed this with counsel for Plaintiff Betsy Feist and Codefendant RCN Corp. RCN Corp. has no objection to this request. Counsel for Plaintiff Feist has no objection, but

---

[1] A request pertaining to the scheduling of expert witness designations has been submitted, by letter, by Defendant RCN Corporation. Paxfire will submit its position (if any) by letter without argument.

requests that any new date for the hearing be scheduled for either September 10th or between September 19th and 21st, which is acceptable to Paxfire.[2]

Sincerely,

*Andrew Grosso*

Andrew Grosso
Counsel for Paxfire, Inc.

cc: All counsel of record.

---

[2] I have been noticed for jury duty in D.C. Superior Court beginning September 19th, which I have already moved once due to the above described travel. However, with a new order from this Court rescheduling the instant hearing, I will seek to move this obligation to yet another date as may be necessary.