UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETSY FEIST,

                Plaintiff,        11 Civ. 5436 (JGK)

    - against -            ORDER

RCN CORP. and PAXFIRE, INC.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the argument held September 18, 2012, the defendant's motion for leave to file sur-reply is **granted**; the defendant's motion for leave to amend its third affirmative defense is **granted**; and the plaintiff's motion to dismiss the counterclaims is **denied in part** and **granted in part**.

    The Clerk is directed to close Docket Nos. 47, 55, and 71.

SO ORDERED.

Dated:    New York, New York
           September 18, 2012

                                          John G. Koeltl
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9-19-12