UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETSY FEIST, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

RCN CORPORATION and PAXFIRE, INC.,

        Defendants.

Civil Action No. 11-CV-5436 (JGK)

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to this action, that the above-captioned action is voluntarily dismissed with prejudice as against defendant RCN Telecom Services, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

AGREED TO: January 22, 2013

**MILBERG LLP**

By: _____ (with permission)
Sanford P. Dumain
Melissa Ryan Clark
Adam Bobkin
One Pennsylvania Plaza
New York, New York 10119
Tel: (212) 594-5300

- and -

**BINGHAM McCUTCHEN LLP**

By: _____
Peter C. Neger
Derek Care
Alicia Reed
399 Park Avenue
New York, New York 10022-4689
Tel: (212) 705-7000

*Attorneys for Defendant RCN Telecom Services, LLC*

A/75361370.1

**SO ORDERED:**

_____
U.S.D.J.
2/5/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/6/13

| REESE RICHMAN LLP | ANDREW GROSSO & ASSOCIATES |
|---|---|
| By: *Michael Reese* /per *(with permission)* <br> Michael Reese <br> Kim Richman <br> Jason Hardy <br> 875 Avenue of the Americas, 18th Floor <br> New York, New York 10001 <br> Tel: (212) 643-0500 <br><br> *Attorneys for Plaintiff Betsy Feist* | By: *Andrew Grosso* <br> Andrew Grosso <br> 1101 Thirtieth Street, N.W. <br> Suite 300 <br> Washington, DC 20007 <br> Tel: (202) 298-6500 <br><br> *Attorney for Defendant Paxfire, Inc.* |

SO ORDERED.

_____
U.S.D.J