# EXHIBIT A



**LDiscovery**
LEGAL AND TECHNOLOGY CONSULTING

8201 Greensboro Drive
7th floor - Suite 717
McLean, VA 22102 - 3810

www.LDiscovery.com
Phone # (703) 288-3380   Fax # (703) 288-3801

Bill To:
Paul McVoy
Milberg LLP
One Pennsylvania Plaza
49th Floor
New York, NY 1011

# Invoice

Invoice Number: 17727

Invoice Date: 5/31/2012

Bill to:

EIN: 32-0151780

| Client Matter/Customer PO | Payment Terms | Due Date | Sales Rep ID | Ship Date | Ship Via |
|---|---|---|---|---|---|
| Paxfire/011113-00001 | Net 30 | 6/30/2012 | KJ | 5/31/2012 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Forensic Collection - Ashburn, VA - hourly labor - 2.75 GB x $250/GB | 2.75 | 250.00 | 687.50 |
| On-Scene Fees (Tolls, Fuel, Meals, etc.) - 1 x $50.16 | 1 | 50.16 | 50.16 |
| Target media - 1 x $199 | 1 | 199.00 | 199.00 |

Subtotal: $936.66

Sales Tax: (3.0%) $0.00

Total: $936.66

Payments/Credits: $0.00

Balance Due: $936.66



# Invoice

| Invoice # | 10167 |
|---|---|
| Date | 4/26/2012 |
| Due Date | 5/26/2012 |

**Bill To**

Milberg LLP
One Pennsylvania Plaza
49th Floor,
New York NY 10119

| Matter Name | Matter# | Terms | CLS Job # | Client Contact |
|---|---|---|---|---|
| Paxfire | 011113.00001 | Net 30 | 18641, 18672 | Christine Porras |

| Item | Description | Qty/Hrs | U/M | Price/Rate | Total |
|---|---|---|---|---|---|
| E-NATIVE DB | Client contact: Christine Porras<br>Case: Paxfire<br>Matter#: 011113.00001<br><br>Processed Native Files to 3rd Party Database Format<br>CLS Job# 18641: 04/09/2012: Paxfire [011113-1] Full text and metadata extraction project (native processing) internal email collected for Peter Seidman, Charles Slidders, Adam Bobkin and Melissa Clark<br>Delivered Concordance Load File<br>Count: Volume/s: 4734; Total Documents: 3,574 | 1 | GB | 199.00 | 199.00 |
| E-NATIVE DB | Processed Native Files to 3rd Party Database Format<br>CLS Job# 18672: 04/12/2012: Paxfire [011113-1] Full text and metadata extraction project (native processing) internal email collected for Peter Seidman<br>Delivered Concordance Load File<br>Count: Volume/s: 4742; Total Documents: 14 | 1 | GB | 199.00 | 199.00 |

| | |
|---|---|
| **Total** | $398.00 |
| **Balance Due** | $398.00 |

Notes:

We appreciate your business!
* Please make checks payable to Capital Legal Solutions, LLC
* Late payments by Client shall be subject to late penalty fees of 1.5% per month from the due date until the amount is paid.

Capital Legal Solutions, LLC DBA Capital Novus
10521 Rosehaven Street, Suite 300, Fairfax, VA 22030. Phone : (703) 226-1500/(877) CAP-LGLS Fax: (703) 226-1550
www.capitalnovus.com



**LDiscovery**
LEGAL AND TECHNOLOGY CONSULTING

8201 Greensboro Drive
7th floor - Suite 717
McLean, VA 22102 - 3810
www.LDiscovery.com
Phone # (703) 288-3380   Fax # (703) 288-3801

Bill To:
Paul McVoy
Milberg LLP
One Pennsylvania Plaza
49th Floor
New York, NY 1011

# Invoice

Invoice Number:
18895

Invoice Date:
9/30/2012

EIN: 32-0151780

| Client Matter/Customer PO | Payment Terms | Due Date | Sales Rep ID | Ship Date | Ship Via |
|---|---|---|---|---|---|
| Paxfire/011113-00001 | Net 30 | 10/30/2012 | KJ | 9/30/2012 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Forensic Collection - Ashburn, VA - hourly labor | 5 | 250.00 | 1,250.00 |
| Fuel, Meals, Tolls/Parking, Transportation for on–scene collection | 1 | 30.30 | 30.30 |
| Delivery Media (HDD) | 2 | 199.00 | 398.00 |

Subtotal: $1,678.30

Sales Tax: (3.0%) $0.00

Total: $1,678.30

Payments/Credits: $0.00

Balance Due: $1,678.30



**E-Discovery made easy.**

466 Pike Road
Huntingdon Valley, PA 19006
www.alphalit.com

Phone # (215) 322-8100  Fax# (215) 322-0527

**Bill To:**
Christine G. Porras
Project Manager
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, NY  10119

# Invoice

Invoice Number:
66890

Invoice Date:
6/16/2014

EIN: 45-3415703

8116

| Client Matter/Customer PO | Payment Terms | Due Date | Sales Rep ID | Ship Date | Ship Via |
|---|---|---|---|---|---|
| Paxfire | Net 30 | 7/16/2014 | DD | 6/16/2014 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| For Services Rendered:  May 2014 | | | |
| Project Paxfire - Matter # 011113-1 - Request to Process Data Received - Volumes 5138_REV_001 and 5138_REV_002 Deliverd via FTP Site (Requested by C. Porras) | | | |
| GBs - Native File Processing | 2.3 | 50.00 | 115.00 |
| GBs - Tiff Conversion | 2.3 | 250.00 | 575.00 |
| Hours - Technical Project Management | 5 | 150.00 | 750.00 |

Please mail your payments to:
LDiscovery, LLC
8201 Greensboro Drive Suite 717
Mclean, VA 22102-3810

| | |
|---|---|
| Subtotal: | $1,440.00 |
| Sales Tax: (8.75%) | $0.00 |
| Total: | $1,440.00 |
| Payments/Credits: | $0.00 |
| Balance Due: | $1,440.00 |


An LDiscovery Company

321 Norristown Road
Suite 110
Ambler, PA 19002
www.alphalit.com

Phone # (215) 867-8360  Fax# (215) 646-4299

**Bill To:**
Christine G. Porras
Project Manager
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, NY  10119

# Invoice

Invoice Number:

68003

Invoice Date:

12/15/2014

EIN: 45-3415703

| Client Matter/Customer PO | Payment Terms | Due Date | Sales Rep ID | Ship Date | Ship Via |
|---|---|---|---|---|---|
| Paxfire | Net 30 | 1/14/2015 | DD | 12/15/2014 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| For Services Rendered: November 2014 | | | |
| Project Paxfire - Matter # 011113-1 - Request to Process Data Received - Volume 5138_REV_003 Delivered via FTP Site (Requested by C. Porras) | | | |
| GBs - Native File Processing | 21.9 | 50.00 | 1,095.00 |
| GBs - Native Delivery | 25.7 | 250.00 | 6,425.00 |
| Hours - Technical Project Management | 3 | 150.00 | 450.00 |

Please mail your payments to:
LDiscovery, LLC
8201 Greensboro Drive Suite 717
Mclean, VA 22102-3810

Subtotal: $7,970.00

**Sales Tax: (8.75%)** $0.00

**Total:** $7,970.00

**Payments/Credits:** $0.00

**Balance Due:** $7,970.00



**AlphaLit**
An LDiscovery Company

# Invoice

| | |
|---|---|
| Page | 1/1 |
| Invoice | 004857 |
| Date | 6/30/2015 |

321 Norristown Road
Suite 110
Ambler, PA 19002
www.alphalit.com
Phone # (215) 867-8360    Fax # (215)646-4299

EIN: 45-3415703

**Bill To:** Milberg (Porras - AL)
Project Manager
One Pennsylvania Plaza, 49th Floor
New York NY   10119

**Ship To:** Milberg (Porras - AL)
Christine G. Porras
Project Manager
One Pennsylvania Plaza, 49th Floor
New York NY   10119

| Client Matter/Customer PO | Customer ID | Salesperson ID | Shipping Method | Payment Terms |
|---|---|---|---|---|
| PAXFIRE | MIL1001_100862 | DD | ELECTRONIC | Net 30 |

| Item Number | Description | Quantity | Rate | Ext. Price |
|---|---|---|---|---|
| EDD_NFP101 | Native File Processing | 167.48 | $50.000 | $8,374.00 |
| EDD_NFP101 | Native File Processing | 25.20 | $125.000 | $3,150.00 |
| HOST_SUP101 | Technical Project Management | 4.00 | $150.00 | $600.00 |
| MEDIA_HD101 | Hard Drive | 1.00 | $165.00 | $165.00 |
| EDD_SHIP101 | FedEx Shipment | 1.00 | $22.48 | $22.48 |

Please mail your payments to :
LDiscovery, LLC
8201 Greensboro Drive Suite 717
McLean, VA 22102-3810

| | |
|---|---|
| Subtotal | $12,311.48 |
| Tax | $0.00 |
| Trade Discount | $0.00 |
| Total | $12,311.48 |