# EXHIBIT 30



| Customer Name | BETSY FEIST |
| Account Number | 6101-0183661-01 |
| Amount Due | $85.41 |

**Service address:**
140 E 81ST ST
APT 8G
NEW YORK, NY 10028-1875

Due Date **04/23/04**

## Monthly Statement - April 2004
### ACCOUNT SUMMARY

| | |
|---|---:|
| Balance from last bill | $0.00 |
| Total payments and adjustments-thank you! | $0.00 |
| PAST DUE AMOUNT | $0.00 |
| Current RCN charges | $85.41 |
| **TOTAL AMOUNT DUE BY 04/23/2004** | **$85.41** |

*(handwritten: − 50.00 / 35.41)*

With your Power/CI bundle, **you saved $30.70** this month compared to buying these services separately!

Don't forget to check out www.rcn.com to learn more about exciting new RCN product launches and money-saving special offers.

You are receiving $15 off your Power package for 12 months! *(handwritten: to Feb 05)*

---

**Questions about your bill or how to read it?**
Go to http://www.rcn.com/bill

**24 hour customer care:**
1.800.RING.RCN (1.800.746.4726)

**Visit our website:**
www.rcn.com

Effective April 1, 2004 the Cable Regulatory Fee is increasing from $.05 to $.06.

IMPORTANT NOTICE! UNIVISION & TELEFUTURA channel numbers have changed. WXTV is on channel 6 and WFUT is on channel 17. For more information log on to www.univision.com keyword: Nueva York.

CAMBIO IMPORTANTE! UNIVISION y TELEFUTURA cambiaron de posicion. WXTV esta en el canal 6 y WFUT en el canal 17. Para mas informacion, visite www.univision.com uniclave: Nueva York.

Consolidate your RCN bills into one, convenient, monthly statement. If you subscribe to all three RCN services - Cable TV, Phone, and Internet and are still receiving separate bills, just call to tell us you want one bill.

---

DETACH AND MAIL REMITTANCE -- Please allow five business days for processing your payment.

**TELEPHONE CUSTOMERS**
Non-payment of the following telephone charges will not result in disconnection of your basic local service: Toll charges, 900 numbers, inside wiring, 911 surcharge, Line Features (i.e. Call Waiting, 3-Way Calling, Caller ID, etc.), Operator Charges, DA Charges and Directory Advertising. Please be advised non-payment of all other services will result in disconnection of your basic local telephone service.

**SURCHARGE DESCRIPTION**
The FCC Subscriber Line Charge is a charge regulated by the FCC to recover costs associated with connecting telephone lines to your home and business.
The Number Portability Surcharge is a charge to recover costs associated with providing number portability between telecommunications service providers.
RCN is required to pay a 5% Franchise Fee to the City of New York in order to provide telecommunication services within the franchise area.

**DIAL-UP INTERNET CUSTOMERS**
You are responsible for verifying with your local telephone provider that the phone number your computer is dialing in order to access the Internet through RCN is a local access number. RCN SHALL NOT BE RESPONSIBLE FOR ANY OF YOUR TELEPHONE CHARGES FOR ANY REASON.
For a complete list of terms and conditions for RCN Internet service, please see
http://www.rcn.com/customer/internet_access_agreement.php



| Customer Name | BETSY FEIST |
| Account Number | 6101-0183661-01 |
| Amount Due | $85.41 |

## ACCOUNT DETAIL

|  | AMOUNT |
|---|---|
| RCN balance from last bill | $0.00 |
| **Balance Forward** | **$0.00** |

### Power Cl

| Bundle includes: | From | To | Qty | Type of Charge* |
|---|---|---|---|---|
| **High-Speed Internet** | | | | |
| MEGAMODEM MACH 3 @$17.37 | 03/15/04 | 03/31/04 | 1 | PARTIAL |
| CABLE MODEM RENTAL @$2.83 | 03/15/04 | 03/31/04 | 1 | PARTIAL |
| MEGAMODEM MACH 3 @$30.65 | 04/01/04 | 04/30/04 | 1 | MONTHLY |
| CABLE MODEM RENTAL @$5.00 | 04/01/04 | 04/30/04 | 1 | MONTHLY |
| **Cable** | | | | |
| HBO @$5.25 | 03/15/04 | 03/31/04 | 1 | PARTIAL |
| DIGITAL CHANNELS TIER @$4.18 | 03/15/04 | 03/31/04 | 1 | PARTIAL |
| DIGITAL CONVERTER RENTAL @$2.08 | 03/15/04 | 03/31/04 | 1 | PARTIAL |
| HBO @$9.26 | 04/01/04 | 04/30/04 | 1 | MONTHLY |
| DIGITAL CHANNELS TIER @$7.38 | 04/01/04 | 04/30/04 | 1 | MONTHLY |
| **Total Bundle Price** | | | | **$84.00** |

*Monthly charges are billed in advance. Partial monthly charges will be applied if services begin in the middle of a billing period.

**Thank you for choosing RCN the nation's largest competitive provider of bundled Phone, Cable TV & High Speed Internet.**

## TAXES, FEES AND SURCHARGES

RCN is in full compliance with Federal and State application of taxes. Visit our website @ www.rcn.com for more detailed information regarding your tax.

|  | Amount |
| --- | --- |
| **Cable** |  |
| OVS Fee | $1.41 |
| **Total taxes, fees and surcharges** | **$1.41** |

### Current RCN charges $85.41